1 | KAREN P. HEWITT
United States Attorney
2 | BRUCE C. SMITH
Assistant U.S. Attorney
3 | California State Bar No. 078225
Federal Office Building
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov
6 |
7 | Attorneys for Plaintiff
United States of America

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,              )    Civil No.
                                          )
11 |                    Plaintiff,         )    COMPLAINT FOR
                                          )    FORFEITURE
12 |        v.                             )
                                          )
13 | ONE 1999 KENWORTH W900 TRACTOR,       )    '08 CV 1133 JM WMc
CA LICENSE NO. 9D53724,                  )
14 | VIN 1XKWDB9X5XJ825034,                )
ITS TOOLS AND APPURTENANCES,             )
15 |                                       )
ONE 1994 WABASH NATIONAL                  )
16 | RCA-102-15 TRAILER,                   )
AZ LICENSE NO. L87023,                   )
17 | VIN 1JJV482S8RL206936,                )
ITS TOOLS AND APPURTENANCES,             )
18 |                                       )
                    Defendants.           )
19 | _____)

20 |        By way of complaint against the defendants ONE 1999 KENWORTH

21 | W900 TRACTOR, CA LICENSE 9D53724, VIN 1XKWDB9X5XJ825034, ITS TOOLS

22 | AND APPURTENANCES, and ONE 1994 WABASH NATIONAL RCA-102-15

23 | TRAILER, AZ LICENSE NO. L87023, VIN 1JJV482S8RL206936, ITS TOOLS

24 | AND APPURTENANCES, the United States of America alleges:

25 |        1.    This Court has jurisdiction over this action by virtue

26 | of the provisions of Title 28, United States Code, Section 1355,

27 | because the acts and omissions giving rise to the instant

28 | forfeiture occurred in this district.

2008V00218:BCS:mia

2.    Venue is proper in this district pursuant to Title 28, United States Code, Section 1395 because the defendants were found in this district.

3.    On February 19, 2008, Raul Gutierrez-Villalobos (hereinafter referred to as "Gutierrez-Villalobos") arrived at the permanent United States Border Patrol (hereinafter referred to as "USBP") Highway 111 checkpoint near Niland in the Southern District of California.  He was the driver and sole occupant of the defendant 1999 Kenworth W900 tractor (hereinafter referred to as "defendant 1999 Kenworth tractor"), pulling the defendant 1994 Wabash National RCA-102-15 trailer (hereinafter referred to as "defendant trailer").  Gutierrez-Villalobos was greeted by USBP Agent Zepeda, wearing his USBP uniform.  Gutierrez-Villalobos declared he was as a citizen of Mexico.

A.    Agent Zepeda asked Gutierrez-Villalobos about the type of cargo contained in the enclosed defendant trailer. Gutierrez-Villalobos advised he was transporting candles, and confirmed the defendant trailer was secured with a Customs seal. Agent Zepeda asked to examine the transportation documents for the merchandise. Gutierrez-Villalobos, was unable to produce any such documentation.  Agent Zepeda directed Gutierrez-Villalobos to drive the defendants 1999 Kenworth tractor and trailer off the roadbed, and into the nearby secondary inspection area for a more thorough evaluation.

B.    In the secondary inspection area, Gutierrez-Villalobos granted permission for Agent Zepeda to use his USBP service canine to search the defendant trailer.  Agent Zepeda and his service canine are a certified USBP drug detection team.  The

1   drug-detecting canine alerted to the rear of the closed defendant

2   trailer, as well as to the front left corner near the

3   refrigeration unit. Agent Zepeda recognized the behavior of his

4   canine partner as indicating it detected the scent of illegal

5   drugs being emitted from the defendant trailer.

6       C.  Agent Zepeda inspected the closed rear doors of the

7   defendant trailer and noted they were secured with a United States

8   Customs and Border Protection (hereinafter referred to as "CBP")

9   bolt seal. Agent Zepeda removed the CBP seal, opened the rear

10  doors, and examined the interior of the defendant trailer.

11      D.  Inside the trailer, Agent Zepeda discovered 332

12  bundles. Each was wrapped in brown packaging tape, cellophane,

13  and grease. No other items or cargo were present inside the

14  trailer. Agent Zepeda selected a package at random. He cut

15  through the layers of protective covering, and extracted a morsel

16  of its green vegetable contents. Agent Zepeda performed a

17  presumptive field chemical test on the sample. The test results

18  confirmed the sample bundle contained marijuana, a Schedule I

19  Controlled Substance.

20      E.  The 332 bundles were examined by agents of the Drug

21  Enforcement Administration (hereinafter "DEA"). Later, the

22  contents of the bundles was evaluated by a DEA forensic chemist.

23  The bundles contained marijuana, and had a combined weight of

24  4,019.9 pounds.

25      F.  On March 19, 2008, a federal grand jury in the

26  Southern District of California handed down a single-count

27  indictment charging Gutierrez-Villalobos with possession with

28  intent to distribute 1,000 kilograms and more, to wit: 1,823.43

1 | kilograms (4,019.9 pounds) of marijuana, a Schedule I Controlled

2 | Substance, in violation of Title 21, United States Code, Section

3 | 841(a)(1).

4 |     4.  The defendants 1999 Kenworth W900 tractor and 1994

5 | Wabash National RCA-102-15 trailer were used, were being used, or

6 | were intended to be used to facilitate a violation of Chapter 13,

7 | Title 21, United States Code.

8 |     5.  As a result of the foregoing, the defendants 1999

9 | Kenworth W900 tractor and 1994 Wabash National RCA-102-15 trailer

10 | are liable to condemnation and to forfeiture to the United States

11 | for their use in accordance with Title 21, United States Code,

12 | Section 881(a)(4).

13 |     6.  The defendants 1999 Kenworth W900 tractor and 1994

14 | Wabash National RCA-102-15 trailer are presently stored within the

15 | jurisdiction of this Court.

16 |     WHEREFORE, the United States prays that due process issue to

17 | enforce the forfeiture of the defendants 1999 Kenworth W900

18 | tractor and 1994 Wabash National RCA-102-15 trailer, and that due

19 | notice be given to all interested parties to appear and show cause

20 | why said forfeiture should not be declared.

21 |     DATED: June 25, 2008

22 |     KAREN P. HEWITT
   |     United States Attorney

23 |

24 |

25 |     BRUCE C. SMITH
   |     Assistant U.S. Attorney
   |     E-mail: bruce.smith@usdoj.gov

26 |

27 |

28 |

4

1
2
3
4
5
6
                              **VERIFICATION**

7         I, Randy Hester, state and declare as follows:

8         1.    I am a Special Agent with the Drug Enforcement

9 Administration and am assigned to the Asset Removal Group.  As

10 such, I am responsible for coordinating phases of the

11 investigation which is the basis for this litigation.

12        2.    I have read the foregoing complaint and know its

13 contents.

14        3.    The information in the complaint was revealed during the

15 investigation in which I was engaged, or was furnished by official

16 Government sources.

17        Based on this information, I believe the allegations in the

18 complaint to be true.

19        I declare under penalty of perjury that the foregoing is true

20 and correct, to the best of my knowledge and belief.

21        Executed on _May 28____, 2008

22
23
                                   RANDY HESTER, S/A
24                                 DRUG ENFORCEMENT ADMINISTRATION
25
26
27
28

◆JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
One 1999 KENWORTH W9004 TRACTOR, et al.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
AUSA Bruce C. Smith, Tel. (619) 557-6963, 880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)
Vance B. McAlister, Esq., 636 State Street, El Centro, CA 92243, Tel. (760) 352-6371

**'08 CV 1133 JM WMc**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1  U.S. Government
     Plaintiff

☐ 2  U.S. Government
     Defendant

☐ 3  Federal Question
     (U.S. Government Not a Party)

☐ 4  Diversity
     (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☒ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original
     Proceeding

☐ 2  Removed from
     State Court

☐ 3  Remanded from
     Appellate Court

☐ 4  Reinstated or
     Reopened

☐ 5  Transferred from
     another district
     (specify)

☐ 6  Multidistrict
     Litigation

☐ 7  Appeal to District
     Judge from
     Magistrate
     Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 21, United States Code, Section 881(a)(4)

Brief description of cause:

## VII. REQUESTED IN
## COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S)
## IF ANY
(See instructions)    JUDGE _____    DOCKET NUMBER _____

DATE
06/25/2008

SIGNATURE OF ATTORNEY OF RECORD
AUSA BRUCE C. SMITH

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

