```
KAREN P. HEWITT
United States Attorney
BRUCE C. SMITH
Assistant U.S. Attorney
California State Bar No. 078225
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6963
E-mail: bruce.smith@usdoj.gov

Attorneys for Plaintiff
United States of America
```

FILED
2008 JUN 25 AM 10: 37
SOUTHERN DISTRICT COURT
OF CALIFORNIA
BY _____ KNH _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 1999 KENWORTH W900 TRACTOR,<br>CA LICENSE NO. 9D53724,<br>VIN 1XKWDB9X5XJ825034,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 1994 WABASH NATIONAL<br>RCA-102-15 TRAILER,<br>AZ LICENSE NO. L87023,<br>VIN 1JJV482S8RL206936,<br>ITS TOOLS AND APPURTENANCES,<br><br>    Defendants. | Civil No.<br>**'08 CV 1133 JM WMc**<br><br>EX PARTE MOTION TO APPOINT<br>THE UNITED STATES MARSHAL<br>AS CUSTODIAN |

COMES NOW the plaintiff, United States of America, and moves this Court for <u>an exception</u> to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as custodian of the above-described defendant vehicles upon execution of the warrant of arrest <u>in rem</u>. In support of this motion, plaintiff states as follows:

1. The United States Marshals office has been staffed with personnel experienced in providing for the management of properties such as the defendants in this case.

2. The United States Marshal has consented to assume responsibility for the protection, maintenance, and safety of the defendants during the period the same remain in <u>custodia legis</u>.

3. The continued custody of the United States Marshal following execution of the warrant of arrest <u>in rem</u> is necessary and in the best interests of the plaintiff in this case.

4. It is further requested that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendants.

WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be permitted in this case and that this motion be granted.

DATED: June 25, 2008

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney
E-mail: <u>bruce.smith@usdoj.gov</u>