FILED

JUN 26 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   Civil No.
                                         )
               Plaintiff,                )   '08 CV 1133 JM WMc
                                         )
        v.                               )   ORDER APPOINTING
                                         )   UNITED STATES MARSHAL
                                         )   AS CUSTODIAN
ONE 1999 KENWORTH W900 TRACTOR,          )
CA LICENSE NO. 9D53724,                  )
VIN 1XKWDB9X5XJ825034,                   )
ITS TOOLS AND APPURTENANCES,             )
                                         )
ONE 1994 WABASH NATIONAL                 )
RCA-102-15 TRAILER,                      )
AZ LICENSE NO. L87023,                   )
VIN 1JJV482S8RL206936,                   )
ITS TOOLS AND APPURTENANCES,             )
                                         )
               Defendants.               )
_____  )

     Upon a motion by plaintiff, United States of America, and it

appearing that the United States Marshal for the Southern District

of California has consented to assume responsibility for the

protection, maintenance, and safety of the above-described

defendant vehicles during the time they remain in the custody of

this Court under its process.

//

//

//



IT IS HEREBY ORDERED that upon the arrest of the defendants, the United States Marshal for the Southern District of California shall be custodian of the defendants on behalf of this Court until further order, and

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshal be a first charge against the defendants.

DATED: 6/26/08

UNITED STATES DISTRICT JUDGE