```
 1  GERARDO BELTRAN                                    FILED
    G AND A BELTRAN TRUCKING
 2  1164 GOLDFIELD WAY                              08 JUL 31 PM 12:26
    HEBER, CA., 92249
 3  PROPERTY LEGAL REGISTRATED OWNER                CLERK, U.S. DISTRICT COURT
    Telephone (760) 337-1747                        SOUTHERN DISTRICT OF CALIFORNIA
 4
                                                    BY:                   DEPUTY
 5

 6  Claimant On Complaint                           NUNC PRO TUNC
    FOR Forfeiture
 7
                                                    JUL 2 5 2008
 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA          )    Civil No. 08 CV 1133 JM  WMc
                                      )
11         Plaintiff,                 )    RESPONSE ON COMPLAINT
                                      )    FOR FORFEITURE
12      v.                            )
                                      )
13                                    )
    ONE 1999 KENWORTH W900 TRACTOR,   )
14  CA LICENSE NO. 9D53724            )
    VIN 1XKWDB9X5XJ825034             )
15  ITS TOOLS AND APPURTENANCES,      )
                                      )
16  ONE 1994 WABASH NATIONAL          )
    RCA-102-15 TRAILER,               )
17  AZ LICENSE No. L87023,            )
    VIN 1JJV482S8RL206936             )
18  ITS TOOLS AND APPURTENANCES,      )
                                      )
19         Defendants.                )
    )
20     To: The Clerk of the United States      KAREN P. HEWITT
           District Court, Southern District   United States Attorney
21         Of California                       BRUCE C. SMITH
           880 Front Street 4th Floor          Assistant U.S. Attorney
22         San Diego, Ca., 92101-8900          880 Front Stree, Room 6293
                                               San Diego, Ca., 92101-8893
23  By way of complaint against the defendants ONE 1999 KENWORTH W900 TRACTOR
    CA LICENSE 9D53724, VIN 1XKWDB9X5XJ825034, ITS TOOLS AND APPURTENANCES, and
24  ONE 1994 WABASH NATIONAL RCA-102-15 TRAILER, AZ LICENSE NO. L87023 VIN
    1JJV482S8RL206936. ITS TOOLS AND APPURTENANCES, I, GERARDO BELTRAN PROPERTY
25  LEGAL REGISTRATED OWNER, Pleage Forgiven on THE NOTICE OF JUDICIAL FORFEIT-
    URE PROCEEDINGS being agreed on all matters exposed.
26

27  PLEASE, Interest in the property, mitigation signed Under Penalty of Perju-
    ry, and evidence attached.
28
```

```
FROM: GERARDO BELTRAN
      1164 GOLDFIELD WAY
      HEBER, CA. 92249

TO: FORFEITURE COUNSEL, ASSET FORFEITURE SECTION
    OFFICE OF OPERATIONS MANAGEMENT, DRUG
    ENFORCEMENT ADMINISTRATION, HQS FORFEITURE RESPONSE
    P.O. BOX 1475
    QUANTICO, VIRGINIA   22134-1475
ASSET ID:       08-DEA-495929 AND 08-DEA-495934
CASE NUMBER:    R6-08-0027 AND R6-08-0027
PROPERTY: 19    1999 KENWORTH W900 TRACTOR AND 1994 WABASH NATIONAL TRAILER
VEHICLE ID NUMBER: 1XKWDB9X5XJ825034 AND 1JJV482S8RL206936
ASSET VALUE:    $25,436.00 AND $5,250.00
SEIZURE DATE: 02/19/2008
SEIZURE LOCATION:   NILAND, CA.
OWNER NAME:     GERARDO BELTRAN
SEIZED FROM:    GUTIERREZ-VILLALOBOS, RAUL
JUDICIAL DISTRICT:  SOUTHERN DISTRICT OF CALIFORNIA
```

I, GERARDO BELTRAN, UNDERSTAND THAT FALSE STATEMENT COULD CAUSE CRIMINAL CHARGES AGAINST ME SO, PLEASE CONSIDER THE FOLLOWING:

THE ABOVE DESCRIBED PROPERTY WAS SEIZED BY THE DRUG ENFORCEMENT ADMINISTRATION (DEA) FOR FORFEITURE PURSUANT TO TITLE 21, UNITED STATES CODE (U.S.C.), SECTION 881, BECAUSE THE PROPERTY WAS USED OR AQUIRED AS A RESULT OF A VIOLATION OF THE CONTROLLED SUBSTANCE ACT (TITLE 21, U.S.C., SECTION 801 ET SEQ), THE SEZURE DATE AND PLACE, AS WELL AS OTHER PERTINENT INFORMATION REGARDING THE PROPERTY LISTED ABOVE.

ON MENTIONED DATE THE PROPERTY DESCRIBED ABOVE WAS SEIZED FROM DRIVER GUTIERREZ-VILLALOBOS FOR THE VIOLATION NAMED HERIN. WHERE IT WAS CONFIRMED TO BE FOUND 332 BUNDLES CONTAINING MARIJUANA A SCHEDULE I CONTROLLED SUBSTANCE AROUND 1,000 KILOGRAMS AND MORE, TO WIT: 1,823.43 KILOGRAMS (4,019.9 POUNDS), IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTION 841 (a) (1).

ON MENTIONED DATE ONE OF MY COMPANY DRIVERS: GUTIERREZ-VILLALOBOS, RAUL THAT HAD ALREADY BEEN WORKING FOR THIS COMPANY GOING ON TWO YEARS IN NOVEMBER-2007 AND RETURNING ON 02/17/2008 HE WAS SENT TO PICK UP A LOAD OF PACKING MATERIAL AT H&K COMPANY LOCATED IN BRAWLEY, CALIFORNIA, U.S.A. TO DELIVER IN MEXICO. HE LEFT THE TRUCK YARD EMPTY TO CORSS THE BORDER FROM MEXICO TO THE U.S. HE CALLED MR TO LET ME KNOW HE WAS LATE TO PICK UP THE LOAD AND THAT HE WAS GOING TO STAY OVERNIGHT IN BRAWLEY TO LOAD FIRST THING IN THE MORNING. ANY ACTIONS TAKEN BY GUTIERREZ-VILLALOBOS USING MY PROPERTY THAT EVENING WAS ENTIRELY WITHOUT MY KNOWLEDGE. ATTACHED YOU WILL FIND INFORMATION IN REGARDS TO THIS MATTER. I WOULD APPRECIATE FORGIVENESS FOR MY PROPERTY IN THIS MATTER THAT I WAS NOT AWARE OF. I AM IN NEED OF MY DESCRIBED EQUIPMENT BECAUSE IT IS 75% OF MY INCOME AND I AM IN FINANCIAL BURDEN BECAUSE OF THIS SITUATION. I AGREE TO PAY ALL COSTS AND FEES TO THE SEIZURE, ALL HELP DONE ON THIS MATTER WILL BE GREATLY APPRECIATED. ANY QUESTIONS CONCERNING THIS SITUATION DO NOT HESITATE TO CALL

CONTINUATION;;

ME. I FILLING THIS ANSWER DIRECTLY TO THE FIRST NOTICE I RECEIVED AND TO THE CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA WITH A COPY TO KAREN P. HEWITT, UNITED STATES ATTORNEY, BRUCE C. SMITH, ASSISTANT U.S. ATTORNEY TO CONSIDER THIS MATTER.

ALL ATTENTION ON THIS MATTER WILL BE GREATLY APPRECIATED.

SINCERELY,

GERARDO BELTRAN



## VERIFICATION

I, GERARDO BELTRAN, STATE AND DECLARE AS FOLLOWS:

I AM THE LEGAL REGISTRATED OWNER OF THE SEIZED EQUIPMENT UNDER THE ALREADY MENTIONED VIOLATIONS HEREIN.

THAT I AM ATTACHING ALL PERTINENT INFORMATION AND OR EVIDENCE OF THE SPECIFIC PROPERTY CLAIMED.- IDENTIFYING AND CLAIMING THE INTEREST IN THE PROPERTY, AND SIGNING UNDER PENALTY OF PERJURY AND AFTER FILLING WILL SERVE ON THE GOVERMENT ATTORNEY DISIGNED UNDER RULE G94)(a)(ii)(D) AS FOLLOWS:

BASED ON THIS INFORMATION, I BELIEVE THE ALLEGATIONS IN THE COMPLAINT TO BE TRUE AND THE CLAIM ON THE SAME.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

EXECUTED ON JULY 15, 2008.

GERARDO BELTRAN
state of california
county of imperial
on 07/17/2008 before me livier delgado notary public personally appeared gerardo beltran who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the whitin instrument and ackowledged to me that he executed the same in his authorized capacity and that by his signature on the instrument the person or entity upon behalf of which person acted, excecuted the instrument.
i certify under PENALTY OF PERJURY under the laws of teh state of california that the foregoing paragraph is true and correct. witness my hand and official seal



LIVIER DELGADO, NOTARY

1



# U.S. DEPARTMENT OF JUSTICE
## DRUG ENFORCEMENT ADMINISTRATION

Gerardo Beltran
P.O. Box 586
Cashion, AZ 85329

| | |
|---|---|
| Asset Id: | 08-DEA-495929 |
| Case Number: | R6-08-0027 |
| Property: | 1999 Kenworth W900 Tractor |
| Vehicle ID Number: | 1XKWDB9X5XJ825034 |
| Asset Value: | $25,436.00 |
| Seizure Date: | 02/19/2008 |
| Seizure Place: | Niland, CA |
| Owner Name: | Beltran, Gerardo |
| Seized From: | Gutierrez-Villalobos, Raul |
| Judicial District: | Southern District of California |

**NOTICE MAILING DATE:** March 6, 2008

## NOTICE OF SEIZURE

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21, United States Code (U.S.C.), Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (pardon) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within thirty (30) days of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **April 10, 2008**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 8701 Morrissette Drive, Springfield, VA 22152. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset ID referenced above should be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).

# STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

5970L083107  VEHICLE HISTORY

COMMERCIAL

VEHICLE ID NUMBER: 1XKWDB9X5XJ825034
YR MODEL: 1999  MAKE: KW
PLATE NUMBER: 9D53724
REGISTRATION EXPIRATION DATE: 04/30/2007

BODY TYPE MODEL: DS
AX: 3  WEIGHT: 17750  FUEL: D  TRANSFER DATE:
FEES PAID: $2997
ISSUE DATE: 09/10/06

YR 1ST SOLD: CJ  CLASS: 2006  YR: MW  MO:  EQUIPMT/TRUST NUMBER:

ODOMETER DATE: 04/12/2006  ODOMETER READING: 850391 MI
ACTUAL MILEAGE

MOTORCYCLE ENGINE NUMBER:

REGISTERED OWNER(S):
BELTRAN GERARDO
G AND A BELTRAN TRUCKING
INC
1164 GOLDFIELD
HEBER CA 92249

I certify under penalty of perjury under the laws of the State of California, that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE**.

1a. DATE _____ X _____ SIGNATURE OF REGISTERED OWNER
1b. DATE _____ X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |_|_|_|_|_|_| (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING**  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
| --- | --- | --- | --- |
|  | X |  | X |
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____



CA 98068605
007143  REG. 17.30R (REV. 10/03)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK - HOLD TO LIGHT TO VIEW

# ARIZONA CERTIFICATE OF TITLE

**Motor Vehicle Division**
ADOT
48-7200 R09/01

Inventory Control: 7829688

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1JJV482S8RL206936 | 1994 | WABAS | | TL |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 05/1994 | 024000 | | |

GERARDO BELTRAN
PO BOX 586
CASHION AZ  85329

| Title Number | Issue Date | Film Number | Odometer Miles (no tenths) |
|---|---|---|---|
| 090R003120002 | 04302003 | D120090R02 | 0000000 |

A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage. WARNING ODOMETER DISCREPANCY

| Previous Title Number | State | Issue Date | Previous Film Number |
|---|---|---|---|
| NONE | IA | 11162001 | ORIGINAL |

Arizona Brands

| Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands |
|---|---|---|---|---|---|---|
| | | | | | | |

Owners/Lessees
GERARDO BELTRAN

Lienholders

**LIEN RELEASE**

| Lienholder Name | | | Acknowledged before me this date, | Notary Public Signature |
|---|---|---|---|---|
| | | | | |

| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |
|---|---|---|---|---|---|---|
| | | | | | | |

**VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED**



**U.S. DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**

Gerardo Beltran
P.O. Box 586
Cashion, AZ 85329

| | |
|---|---|
| Asset Id: | 08-DEA-495934 |
| Case Number: | R6-08-0027 |
| Property: | 1994 Wabash National Trailer |
| Vehicle ID Number: | 1JJV482S8RL206936 |
| Asset Value: | $5,250.00 |
| Seizure Date: | 02/19/2008 |
| Seizure Place: | Niland, CA |
| Owner Name: | Beltran, Gerardo |
| Seized From: | Gutierrez-Villalobos, Raul |
| Judicial District: | Southern District of California |

NOTICE MAILING DATE: March 6, 2008

## NOTICE OF SEIZURE

The above-described property was seized by the Drug Enforcement Administration (DEA) for forfeiture pursuant to **Title 21, United States Code (U.S.C.), Section 881**, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). The seizure date and place, as well as other pertinent information regarding the property are listed above.

Pursuant to Title 18, U.S.C., Section 983 and Title 19, U.S.C., Sections 1602-1619, procedures to administratively forfeit this property are underway. You may petition the DEA for return of the property or your interest in the property (remission or mitigation), and/or you may contest the seizure and forfeiture of the property in Federal court. **You should review the following procedures very carefully.**

## TO REQUEST REMISSION OR MITIGATION OF FORFEITURE

If you want to request the remission (**pardon**) or mitigation of the forfeiture, you must file a petition for remission or mitigation with the Forfeiture Counsel of the DEA within **thirty (30) days** of your receipt of this notice. The petition must include proof of your interest in the property and state the facts and circumstances which you believe justify remission or mitigation. The regulations governing the petition process are set forth in Title 28, Code of Federal Regulations, Part 9.

## TO CONTEST THE FORFEITURE

In addition to, or in lieu of petitioning for remission or mitigation, you may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT. To do so, you must file a claim with the Forfeiture Counsel of the DEA by **April 10, 2008**. The claim need not be made in any particular form (Title 18, U.S.C., Section 983(a)(2)(D)). The claim shall identify the specific property being claimed; state the claimant's interest in such property; and be made under oath, subject to penalty of perjury (Title 18, U.S.C., Section 983(a)(2)(C)). A frivolous claim may subject the claimant to a civil fine in an amount equal to ten (10) percent of the value of the forfeited property, but in no event will the fine be less than $250 or greater than $5,000 (Title 18, U.S.C., Section 983(h)). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency of the forfeiture proceeding due to hardship. Requests must be sent to the Forfeiture Counsel of the DEA. The following property is not eligible for hardship release: contraband, currency, or other monetary instruments or electronic funds unless the property constitutes the assets of a legitimate business which has been seized; property to be used as evidence of a violation of the law; property, by reason of design or other characteristic, particularly suited for use in illegal activities; and property likely to be used to commit additional criminal acts if returned to the claimant. If you wish to contest the forfeiture of the asset, you must comply with the procedures set forth herein. Your failure to do so will result in the termination of your interest in the asset, and may preclude your contesting the forfeiture of the asset in any judicial proceeding - either civil or criminal - even if such a proceeding has already been commenced or is commenced in the future.

## WHERE TO FILE CORRESPONDENCE

All submissions must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virginia 22134-1475. Correspondence sent via private delivery must be filed with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 8701 Morrissette Drive, Springfield, VA 22152. A PETITION, CLAIM, OR OTHER CORRESPONDENCE SHALL BE DEEMED FILED WITH THE FORFEITURE COUNSEL, ASSET FORFEITURE SECTION, WHEN RECEIVED BY THE DEA AT EITHER OF THE ADDRESSES NOTED ABOVE. SUBMISSIONS BY FACSIMILE OR OTHER ELECTRONIC MEANS WILL NOT BE ACCEPTED. The Asset ID referenced above should be used with all submissions. Failure to include the Asset ID may cause a delay in processing your submission(s).

TRANSLATION OF DOCUMENT ATTACHED.

EMPLOYMENT APPLICATION.

PERSONAL DATA: AVE. CONTRALORIA No. 2079 COL. HIDALGO.    DATE:

| PATERNAL LAST NAME | MATHERNAL LAST NAME | NAME | STATUS | HIGHT | WEIGHT |
|---|---|---|---|---|---|
| GUTIERREZ | VILLALOBOS | RAUL | | | |

| PLACE OF BIRTH | DATE OF BIRTH | AGE | SEX. | |
|---|---|---|---|---|
| MEXICALI, B.C. | 11-01-72 | 33 YEARS | FEMALE ( ) | MALE (X) |

DOCUMENTATION.

| TAX PAYER IDENTIFICATION No. | SOCIAL SECURITY No. | SELECTIVE SERVICE No. | PASSPORT No. |
|---|---|---|---|
| GUVR-721101 | 25897276355 | B-8874493 | VBUSA484001 |

| C.UR.P | ELECTORS CREDENTIAL | LICENCE No. | AFORE No. |
|---|---|---|---|
| GUVR721101HECTLL05 | 036124028692 | BCN101221 | 927324041 |

HEALTH STATUS AND PERSONAL HABITS

| HOW IS YOUR HELATH | DO YOU HAVE ANY SICKNESS | DO YOU HAVE ALERGICS | ARE YOU PREGNANT |
|---|---|---|---|
| GOOD(X) | NO(X) | NO (X) | (X) |

| DO YOU DO SPORTS | DO YOU BELONGS TO A SOCIAL CLUB | YOUR HOBBY | YOUR GOAL |
|---|---|---|---|
| NO(X) | NO (X) | PLAY WITH MY DAUGHTER | RAISE MY CHILD |

FAMILIAR DATA.

| NAME | ALIVE | DECEASED | ADDRESS | OCCUPATION |
|---|---|---|---|---|
| FATHER: DANIEL GUTIERREZ | | X | | |
| MOTHER: MARIA VILLALOBOS | | X | | |
| WIFE: ROSA HAYDEE ZAVALA | X | | AVE.CONTRALORIA 2019 | HOUSEWIFE |
| NAME AND AGE OF ALL YOUR CHILDREN | | | | |
| DANIELA GUTIERREZ ZAVALA 10 YEAR OLD | | | AVE.CONTRALORIA 2079 | STUDENT |

SCHOOL RECORDS.

| ELEMENTARY SCHOOL. | DATES | YEARS | CERTIFICATE |
|---|---|---|---|
| AQUILES SERDAN | | 6 | YES |
| HIGHSCHOOL No.47 CARLOS A. CARRILLO | 1990 | 3 | YES |

GENERAL AKNOWLEDGE
OTHER JOBS.    MECHANIC

PRESENT EMPLOYMENT AND PAST EMPLOYMENTS

| FROM 2000 TO 2006 | FROM 1996 TO 2000 | FROM 1995 TO 1996 |
|---|---|---|
| TRANSPORTES JR | SERVICIO CARRANZA | ZAZUETA TRANSPORT |
| GUADALUPE VICTORIA | COL. CARRANZA | EX-EJIDO COAHUILA |
| TRUCK DRIVER | TRUCK DRIVER | TRUCK DRIVER |
| SUPERVISOR | | |
| MARTIN SANUDO | GABRIEL VERDUZCO | LAZARO ZAZUETA |
| TRAFFIC CHIEF | MANAGER | OWNER |

PERSONAL REFERENCES

| NAME | ADDRESS | PHONE | OCUPATION | YEARS OF KNOWING |
|---|---|---|---|---|
| JAIME LOPEZ | MEXICALI | 122*62132X19 | TRUCK DRIVER | 7 YEARS |
| LUIS DE LA MADRID | | 126*60*1448 | TRUCK DRIVER | 7 YEARS |

- 2 -

GENERAL DATA:
| | | |
|---|---|---|
| HOW DO YOU KNOW ABOUT US? NEWSPAPER | OTHER () BY TRUCK DRIVER COMMENT | |
| DO YOU HAVE RELATIVES IN THE COMPANY? | YES () | NO (XX) RELATED |
| HAD YOU HAVE INSURED? | YES () | NO (XX) INSURED SUM |
| DO YOU HAVE LIFE INSURANCE? | YES () | NO (XX) COMPANY NAME |
| CAN YOU TRAVEL? | YES (X) | NO ( ) |
| CAN BE RELOCATE? | YES () | NO (XX) REZONS |
| CAN YOU WORK INMEDIATELY? | YES (X) | NO ( ) |

A SIGNATURE. RAUL GUTIERREZ.


I, BEATRIZ LOPEZ DE CAZARES, ATTEST TO MY COMPETENCY TO TRANSLATE FROM SPANISH LANGUAGE TO ENGLISH LANGUAGE AND I CERTIFY THAT THIS IS A CORRECT ENGLISH TRANSLATION OF ALL PERTINENT INFORMATION FROM THE SPANISH ORIGINAL. ON THIS 15TH DAY OF JULY 2008.

BEATRIZ LOPEZ DE CAZARES.
TRANSLATOR.



## SOLICITUD DE EMPLEO

**Datos personales:** Av. Contraloria #2079 Col Hidalgo   Fecha:

| Apellido Paterno | Apellido Materno | Nombre | Estado Civil | Estatura | Peso |
|---|---|---|---|---|---|
| Gutiérrez | Villalobos | Raúl | | | |

| Lugar de Nacimiento | Fecha de Nacimiento | Edad | Sexo |
|---|---|---|---|
| Mexicali B.C. | 01-NOV-72 | 33 Años | Masculino ☒ |

**Documentación**

| Registro Federal de Contribuyentes | No. Seguridad Social | Cartilla Militar No. | Pasaporte No. |
|---|---|---|---|
| GUVR-721101 | 25897276355 | B-8874493 | VBUSA484001 |

| C.U.R.P. | Credencial de Elector | Licencia No. | AFORE No. |
|---|---|---|---|
| GUVR721101HBCTLL05 | 0361240028692 | BCN101221 | 937324041 |

**Estado de Salud y Hábitos Personales**

Como considera su estado de salud: Buena ☒

Padece alguna enfermedad: No ☒

Padece alguna alergia: No ☒

Esta usted Embarazada: —

Practica algún deporte: No

Pertenece algún Club Social: No

Cual es su pasatiempo favorito? —

Cual es su meta en la vida? Jugar con su hija ver crecer a su hija

**Datos Familiares:**

| Nombre | Vive | Finado | Domicilio | Ocupación |
|---|---|---|---|---|
| PADRE Daniel Gutiérrez | | X | | |
| MADRE Marta Villalobos | | X | | |
| ESPOSA Rosa Haydee Zavala | ✓ | | Av. Contraloria #2079 | Hogar |
| Daniela Gutiérrez Zavala (10 años) | ✓ | | Av. Contraloria #2079 | Estudia |

**Escolaridad**

| Nombre de la Escuela | Domicilio | Fechas | Años | Certificado |
|---|---|---|---|---|
| PRIMARIA Aquiles Serdan | | | 6 | ✓ |
| SECUNDARIA No. 47 Carlos A. Carrillo | | 1990 | 3 | ✓ |
| PREPARATORIO/VOCACIONAL | | | | |
| PROFESIONAL | | | | |

**Conocimientos Generales:**

IDIOMAS QUE DOMINA    FUNCIONES DE OFICINA QUE DOMINA    MAQUINAS O EQUIPO QUE MANEJA

OTROS TRABAJOS O FUNCIONES QUE DESEMPEÑA: Mecanica

**Empleo Actual y/o Anteriores:**

| | EMPLEO ACTUAL De 2000 A 2006 | EMPLEO ANTERIOR De 1996 A 2000 | EMPLEO ANTERIOR De 1995 A 96 | EMPLEO ANTERIOR De A |
|---|---|---|---|---|
| Tiempo que Presto sus Servicios | | | | |
| Nombre de La CIA | Transportes JR | Servicio Carranza | Zazueta Transpor | |
| Domicilio | Guadalupe victoria | Col. Carranza | Ex ejido Coahuila | |
| Teléfono | 62851 | | | |
| Puesto Desempeñado | chofer | chofer | chofer | |
| Sueldo INICIAL | | | | |
| Sueldo FINAL | | | | |
| Motivo de la Separación | | | | |
| Nombre de su Jefe Inmediato | Martin Sañudo | Gabriel Verduzco | Lazaro Zazueta | |
| Puesto de su Jefe Inmediato | Jefe de Trafico | Gerente | Patrón | |

Podemos solicitar Informes de Usted?   Si ☒   No ○   Razones: _____

**Referencias Personales:**

| NOMBRE | DOMICILIO | TELEFONO | OCUPACION | TIEMPO DE CONOCERLE |
|---|---|---|---|---|
| Jaime López | Mexicali | 122*6213 2*19 | Chofer | 7 años |
| Luis de la Madrid | " | 126*60* 1448 | Chofer | 7 años |

**Datos Generales:**

COMO SUPO DE ESTE EMPLEO   Anuncio ○   OTRO MEDIO (anote) Lo comento un chofer
TIENE PARIENTES EN LA EMPRESA   Si ○   No ☒   PARENTESCO: _____
HA ESTADO AFIANZADO   Si ○   No ☒   SUMA ASEGURADA: _____
TIENE SEGURO DE VIDA   Si ○   No ☒   NOMBRE DE LA CIA: _____
PUEDE VIAJAR   Si ☒   No ○   RAZONES: _____
ESTA DISPUESTO A CAMBIAR DE RESIDENCIA   Si ○   No ☒   RAZONES: _____
PUEDE INICIAR A TRABAJAR INMEDIATAMENTE?   Si ☒   No ○   FECHA: _____

Comentarios del entrevistador: _____

Hago constar que mis respuestas son verdaderas.

Raul Gutierrez

TRANSLATION OF DOCUMENT ATTACHED.


FEDERAL ELECTORAL INSTITUTE
FEDERAL REGISTRY OF ELECTORS
CREDENTIAL TO VOTE.


NAME: GUTIERREZ VILLALOBOS RAUL          AGE. 19 YEARS OLD    SEX. MALE

ADDRESS:
AVE. CONTRALORIA No. 1079, FRACC. HIDALGO 21389.-MEXICALI,B.C. RECORD 00597633

YEAR OF REGISTRY 1991-0.- ELECTORS RECORD No. GUVLRL72103102H300 STATE 02

MUNICIPALITY 002   LOCALITY 0000

BACK SIDE.

THIS DOCUMENT IS NOT VALID IF IT PRESENT AMENDS, THE TITULAR IS OBLIGATED TO MAKE ANY CHANGE OF ADDRESS IN THE 30 DAYS THAT THIS OCURRS. A FINGERPRINT AND A SIGNATURE.


I, BEATRIZ LOPEZ DE CAZARES, ATTEST TO MY COMPETENCY TO TRANSLATE FROM SPANISH LANGUAGE TO ENGLISH LANGUAGE AND I CERTIFY THAT THIS IS A CORRECT ENGLISH TRANSLATION OF ALL PERTINENT INFORMATION FROM THE SPANISH ORIGINAL. ON THIS 15TH DAY OF JULY 2008.



BEATRIZ LOPEZ DE CAZARES.
TRANSLATOR.





TRANSLATION OF DOCUMENT ATTACHED.


TRANSPORTATION SECRETARY
GENERAL DIRECTION OF PROTECTION AND PREVENTIVE MEDICINE IN THE TRANSPORT
MEDICAL UNIT No. 36, MEXICALI,B.C.
EXP.CA36074516 "B"
EXPIRATION DATE 01-27-06.

PSHYCHOPHYSICAL CAPABILITY CONSTANCY.

CSCT.702.300.UM.M.106.36.56204

MEXICALI,B.C. ON MARCH 02, 2004.

NAME: GUTIERREZ VILLALOBOS RAUL,TAX PAYER IDENTIFICATION NUMBER GUVR-721101
BLOOD TYPE "O" R.H. POSITIVE USE GLASES (NO), DIABETES MELLULITIS (NO)
ALERGIES (NO) AS A RESULT OF PSHYCHOPHYSICAL EXAM PRACTICED IN MEDICAL UNIT
No.36, MEXICALI,B.C. IN THIS GENERAL DIRECTION ON JANUARY 27, 2004, THE FO-
LLOWING DIAGNOSYS WAS MADE,.

- MORBID OBESITY UNDER MEDIC CONTROL (IMC 46.2 KG/M2),PARTIAL
  ALOPECY, INSUFICIENCY BILATERAL ACUSTIC TRAUMA VEIN INSU-
  FICIENCY IN PELVIC MEMBERS,DERMATOMICOSIS IN PREVIOUS TORAX
  AND ARMS, CAVATIES, TARTAR PLAQUE, MISSING TEET ACQUIRED.

APPOINTMENT IN THREE MONTHS TO VALUE WEIGHT LOOSE
IN BASE TO ARTICULATE 10 INCISE IV OF MEDICINE RULES OF TRANSPORTATION.

THAT'S WHY HE IS CAPABLE TO REVALIDATE HIS FEDERAL DRIVER LICENCE OF HIGHWAYS
TRANSPORTATION AS A OPERATOR OF FEDERAL PUBLIC SERVICES AND HE NEED TO COMPLIED
WITH THE FOLLOWING MEDICAL INSTRUCTIONS, HYGIENE THAT LET HE COMPLY WITH HIS
ACTIVITIES WITH SECURITY AND EFICIENCE.
SINCERELY,DR. DAVID DANIEL LOPEZ REYNA. SIGNED.-MD RESIDENT.DR. GUADALUPE
APODACA FLORES. SIGNED.
THIS DOCUMENT IS NOT VALID IF IS NOT ATTACHED THE PAYMENT ORDER IN ORIGINAL
FOLIO:355816 REF:083133 2.


I, BEATRIZ LOPEZ DE CAZARES, ATTEST TO MY COMPETENCY TO TRANSLATE FROM SPANISH
LANGUAGE TO ENGLISH LANGUAGE AND I CERTIFY THAT THIS IS A CORRECT ENGLISH
TRANSLATION OF ALL PERTINENT INFORMATION FROM THE SPANISH ORIGINAL. ON THIS
15TH DAY OF JULY 2008.

                    BEATRIZ LOPEZ DE CAZARES
                          TRANSLATOR.



SECRETARIA DE COMUNICACIONES
Y TRANSPORTES

SUBSECRETARIA DE TRANSPORTE
DIRECCION GENERAL DE PROTECCION
Y MEDICINA PREVENTIVA EN EL TRANSPORTE.
UNIDAD MEDICA No. 36 Mexicali, B. C.
EXP. CA36074516.  " B "
VENCIMIENTO: 27-01-06

## CONSTANCIA DE APTITUD PSICOFISICA

CSCT.702.300.UM.M.106.36.562/04

Mexicali, Baja Cfa., a 02 de Marzo del 2004.

Nombre: _____ GUTIERREZ   VILLALOBOS   RAUL _____ .
R.F.C.: GUVR-721101        Grupo Sanguineo: " O "   R. h.: POSITIVO   Usa lentes: NO   .
Diabetes Mellitus : NO        .   Hipertensión: NO        Alergias: NO   .
Como resultado del examen psicofísico que le fue practicado en **Unidad Médica No. 36 Mexicali, B. C.**, e esta Dirección General el **Día 27 de ENERO de 2004**, se elaboró (elaboraron) el  los) siguiente (s) diagnostico(s):

- **OBESIDAD MORBIDA EN CONTROL MEDICO (IMC 46.2 KG/M2), ALOPECIA PARCIAL, INSUFICIENCIA TRAUMA ACUSTICO BILATERAL, INSUFICIENCIA VENOSA EN MIEMBROS PELVICOS, DERMATOMICOSIS EN TORAX ANTERIOR Y BRAZOS, CARIES, SARRO, AUSENCIA DENTAL ADQUIRIDA**

**CITA EN TRES MESES PARA VALORAR REDUCCIÓN DE PESO**
**EN BASE AL ART. 10 INCISO IV DEL REGLAMENTO DE MEDICINA DEL TRANSPORTE**

Por lo que se considera psicofisicamente **APTO** para **REVALIDACION** de la Licencia Federal del Transporte Carretero, como Operador del Servicio Público Federal, y deberá cumplir con la(s) siguiente(s) indicación(es) médico - higiénica(s) que le permitirán realizar sus actividades con eficacia y seguridad:

- **CONTINUAR INDICACION MEDICA PARA REDUCCIÓN DE PESO**
- **TRATAMIENTO PARA DERMATOMICOSIS**
- **TRATAMIENTO DENTAL**

SUBJEFE MEDICO EN EL TRANSPORTE
MEXICALI B C
DR. GUADALUPE APODACA FLORES

ATENTAMENTE
SUFRAGIO EFECTIVO NO REELECCION
EL JEFE DE UNIDAD MEDICA
MEXICALI B C
DR. DAVID DANIEL LOPEZ REYNA.

C.c.p.- Dirección General de Transporte Terrestre.
c.c.p.- Empresa.
c.c.p.- Expediente.
   DLR/GAF/fll*

ESTE DOCUMENTO NO ES VALIDO SI NO SE HACE ACOMPAÑAR DE LA ORDEN DE COBRO ORIGINAL CORRESPONDIENTE FOLIO: 366816  REF.: 083133 2

TRANSLATION OF DOCUMENT ATTACHED.

SECRETARY OF COMMUNICATION AND TRANSPORTS
SUBSECRETARY OF TRANSPORT
GENERAL DIRECTION OF FEDERAL AUTOTRANSPORT
FEDERAL DRIVER LICENCE

LEFT SIDE A PICTURE. RAUL GUTIERREZ VILLALOBOS
CURP:GUVR721101
ISSUE DATE 01-23-2006 EXPIRATION DATE 01-23-08
ANTIQUITY 01-23-92 A SIGNATURE  BCN101221.

BACK SIDE.-

BLOOD TYPE "O" RH POSITIVE,OBSERVATIONS.- B) LOADING, DRIVER LICENCE RECOGNIZED ON USA AND CANADA.
THIS DRIVER LICENCE WILL BE EXCHANGE BEGINING 12-24-2007.
RECORD 00000005.


I, BEATRIZ LOEPZ DE CAZARES, ATTEST TO MY COMPETENCY TO TRANSLATE FROM SPANISH LANGUAGE TO ENGLISH LANGUAGE AND I CERTIFY THAT THIS IS A CO--RRECT ENGLISH TRANSLATION OF ALL PERTINENT INFORMATION FROM THE SPANISH ORIGINAL. ON THIS 15TH DAY OF JULY 2008.

BEATRIZ LOPEZ DE CAZARES
TRANSLATOR.











Surname/Apellido: GUTIERREZ
Given/Nombre: RAUL
Initial/Inicial:
Gender/Género: M/M
DOB/FDN: 1972/11/01
Citizenship/Ciudadanía: MX/MX

Expiration/Vencimiento: 2012/10/03 *



If found, send this card to the address below / Si encuentra esta tarjeta, mándela a la dirección indicada abajo:

U.S. Customs and Border Protection
FAST Processing Center
50 South Main Street
Saint Albans, Vermont 05478

4110000123150 1

* subject to underlying immigration status/Sujeto a la posición fundamental de la Immigración Estadounidense

NOT AN OFFICIAL TRAVEL DOCUMENT-ESTO NO ES UN DOCUMENTO OFICIAL DE VIAJE