UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CV-1133 JM (WMc) |
| ) | |
| Plaintiff, ) | **ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| ONE 1999 KENWORTH W900 TRACTOR, ) et al., ) | |
| ) | |
| Defendants. ) | |

The Early Neutral Evaluation Conference scheduled for September 16, 2008 at 2:00 p.m. in the above-entitled case is **VACATED.** No answer under the Federal Rules of Civil Procedure, Rule G(5)(b) has yet been filed. Questions regarding this case may be directed to the Magistrate Judge's law clerk at (619) 557-6624.

**IT IS SO ORDERED.**

DATED: August 29, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

COPY TO:

HONORABLE JEFFREY T. MILLER, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD