| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | BRUCE C. SMITH |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 078225 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619)557-6963 |
|   | E-mail: bruce.smith@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 08cv1133-JM(WMc) |
| | ) | |
| Plaintiff, | ) | DECLARATION OF AND |
| | ) | REQUEST FOR CLERK'S |
| v. | ) | ENTRY OF DEFAULT AS |
| | ) | TO ALL POTENTIAL |
| ONE 1999 KENWORTH W900 TRACTOR, | ) | CLAIMANTS |
| CA LICENSE NO. 9D53724, | ) | |
| VIN 1XKWDB9X5XJ825034, | ) | |
| ITS TOOLS AND APPURTENANCES, | ) | |
| | ) | |
| ONE 1994 WABASH NATIONAL | ) | |
| RCA-102-15 TRAILER, | ) | |
| AZ LICENSE NO. L87023, | ) | |
| VIN 1JJV482S8RL206936, | ) | |
| ITS TOOLS AND APPURTENANCES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Bruce C. Smith, Assistant United States Attorney for the Southern District of California, hereby request a clerk's entry of default in this case for the following reasons:

On June 25, 2008, a verified complaint was filed in the above action in the United States District Court for the Southern District of California against the above defendant. On July 2, 2008, the defendant was seized and arrested by a duly authorized United States Marshal, who thereafter took possession and custody of the defendant, pursuant to the Court's Order appointing the United States Marshal custodian, dated June 26, 2008.

//

//

On June 25, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimant at his addresses of record:

| Name and Address | Article No. | Result |
|---|---|---|
| Gerardo Beltran<br>1164 Goldfield Way<br>Heber CA 92249-9501 | 7004 2510 0003 3017 4441 | Signed for as received on or about 6/30/08 |
| Gerardo Beltran<br>c/o Vance B. McAlister, Esq.<br>Ewing Johnson & Graves<br>636 State Street<br>El Centro CA  92243 | 7004 2510 0003 3017 4434 | Signed for as received on or about 6/27/08 |

On July 8, 9 and 11, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Claims and Asset Forfeiture Actions (hereinafter, "Rule G(5)"), notice was published in the San Diego Commerce newspaper.  In addition, on June 26, 2008, Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for thirty (30) consecutive days, after which a Declaration of Publication was issued on July 28, 2008.

On July 31, 2008, Gerardo Beltran submitted a filing to this Court entitled, "Response On Complaint For Forfeiture."  This Court ordered it deemed filed on July 25, 2008, *nunc pro tunc*.  Claimant is appearing *pro se*.  Said pleading was claimant's first response to the plaintiff's complaint for forfeiture.  Plaintiff interprets claimant's July 25, 2008 filing to be a claim within the meaning of Rule G(5).

Pursuant to Rule G(5), an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure must be filed and served within twenty (20) days after filing the claim.  Such answer was therefore due on or before August 14, 2008.  To date, no answer to the complaint has been filed or served by Gerardo Beltran.  Further, no claims or answers have been filed by any other claimant.

//
//
//

1 | For the foregoing reasons, it is requested that the Clerk of the Court enter a default against
2 | the defendant property as to any and all potential claimants.
3 | I declare under penalty of perjury that the foregoing is true and correct.
4 | Executed on this 29th day of August, 2008.

s/ Bruce C. Smith
BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: bruce.smith@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 3 | UNITED STATES OF AMERICA, ) | Case No. 08cv1133-JM(WMc) |
| 4 | Plaintiff, ) | CERTIFICATE OF SERVICE |
| 5 | v. ) | |
| 6 | ONE 1999 KENWORTH W900 TRACTOR, ) CA LICENSE NO. 9D53724, ) | |
| 7 | VIN 1XKWDB9X5XJ825034, ) ITS TOOLS AND APPURTENANCES, ) | |
| 8 | et al., ) | |
| 9 | Defendants. ) | |

IT IS HEREBY CERTIFIED that:

I, Bruce C. Smith, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant in this case:

    1.    Gerardo Beltran
           G and A Beltran Trucking
           1164 Goldfield Way
           Heber CA 92249-9501,

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2008.

                              S/ Bruce C. Smith
                              BRUCE C. SMITH