# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America             Plaintiff,<br><br>vs<br><br>Kenworth 1999 W900 Tractor, CA License No. 9D53724, Vin 1XKWDB9X5XJ825034 et al.<br><br><br>                                             Defendant, | Civil No.    08cv1133-JM(WMC)<br>DEFAULT |

    It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 6/25/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

    Gerardo Beltran and All Potential Claimants

**Entered On:**   9/4/08                                            W. SAMUEL HAMRICK, JR., CLERK

                                        By:                    S/ T. Lee
                                                                                         Deputy