# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

ONE 1999 KENWORTH W900 TRACTOR
CA LICENSE NO. 9D53724,
VIN 1XKWDB9X5XJ825034,
ITS TOOLS AND APPURTENANCES,
ONE 1994 WABASH NATIONAL
RCA-102-15 TRAILER,
AZ LICENSE NO. L87023,
VIN 1JJV482S8RL206936,
ITS TOOLS AND APPURTENANCES

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 08-cv-01133-JM-WMC

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment of forfeiture be entered accordingly.  The parties to this settlement agreed that each will bear their own attorney's fees and litigation costs............................................................
................................................................................................................................................................

| May 13, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON May 13, 2009

08cv1133-JM(WMC)